**STATE of Missouri, Respondent,**

v.

**Ottis Jean McCOY, Appellant.**

**No. WD 48259.**

Missouri Court of Appeals,
Western District.

July 19, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and KENNEDY and ULRICH, JJ.

## ORDER

PER CURIAM.

Appeal from convictions of three counts of delivery of a controlled substance, § 195.211, RSMo Supp.1991.

Affirmed. Rule 30.25(b).

■

**Joe D. COCHRUN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49412.**

Missouri Court of Appeals,
Western District.

July 19, 1994.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

## ORDER

PER CURIAM:

Appeal from dismissal of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).